# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ZABDIEL VARGAS-FENTANES,<br>   Petitioner,<br><br>            v.<br><br>JAMES ENGELMAN,<br>   Respondent. | 2:24-cv-3433-DSF<br><br>JUDGMENT |

The Court having dismissed the petition as moot,

IT IS ORDERED AND ADJUDGED that Petitioner not receive the relief requested.

Date: December 9, 2024

_____

Dale S. Fischer
United States District Judge